## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIVE FACE ON WEB, LLC,<br>a Pennsylvania limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIER DENTAL, P.C.,<br>a New Jersey corporation,<br><br>Defendant. | Civil Action<br><br>No.: _____<br><br>**JURY TRIAL DEMANDED** |

### VERIFIED COMPLAINT

Plaintiff Live Face on Web, LLC, through its undersigned counsel, for its Complaint against the Defendant listed above, alleges as follows:

**I.      THE PARTIES**

1.      Plaintiff, Live Face on Web, LLC ("LFOW"), is a Pennsylvania limited liability company with its principal place of business at 1300 Industrial Boulevard, Suite 212, Southampton, PA 18966.

2.      Upon information and belief, Defendant Premier Dental, P.C. ("Defendant"), is a New Jersey corporation with a principal place of business at 321 Farnsworth Avenue, Bordentown, NJ 08505.

**II.     JURISDICTION AND VENUE**

3.      This action arising under the U.S. Copyright Act (17 U.S.C. §501 et seq.), and thus this Court has federal question jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4.      As fully set forth herein, Defendant has used and distributed LFOW's software and/or infringing derivative works thereof, which are the subject of U.S. Copyright Registrations.

5.     This Court has personal jurisdiction over the Defendant because the Defendant has conducted business in, and has had continuous and systematic contacts with the State of New Jersey and this District.

6.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(a) in that a substantial part of the events or omissions giving rise to the claims herein occurred in this District, and Defendant is located in this District.

III.   **PLAINTIFF'S BUSINESS AND COPYRIGHTED TECHNOLOGY**

7.     LFOW is a developer and owner of "live person" software, which is an original work of authorship independently created by LFOW ("LFOW Software").

8.     The LFOW Software allows a company to display a video of a "walking" and "talking" personal host who introduces a website to an online visitor. The personal host is, in effect, a web spokesperson for the specific company for whom the video has been created. Typically the web spokesperson explains a company's products and/or services and directs a visitor's attention to a particular product or aspect of the website. The LFOW Software is representative of LFOW's advertising idea; LFOW (and its customers) advertise services and solicit business through the use of a web spokesperson, which is typically tailored to specific goods and services found on the associated website.

9.     The LFOW Software enables a company to customize and dynamically modify settings and functionality of the web spokesperson. By way of example, a customer utilizing the LFOW Software can: (a) manipulate the positioning of the web spokesperson on its website and select between static, relative or dynamic positioning features; (b) adjust the delay between the time an online visitor enters the website and the start time of the web spokesperson's presentation; (c) select the number of times a video presentation plays for each particular visitor;

2

and (d) select "click on me" functionality that directs a user to a predetermined page or section of the website which promotes goods or services and/or reinforces the image and brand of the customer.

10.     The LFOW Software seeks to enhance a web site by using a real spokesperson to capture, hold and prolong the attention of the average online visitor, enhancing the ability of the website to advertise specific goods and services. This technique has a direct positive impact on sales and/or the brand, public image and reputation of any company that has an online presence.

11.     Generally speaking, the LFOW Software can be implemented by LFOW's customers by modifying the HTML code of the LFOW customer's website. An HMTL script tag is embedded in the HTML code of the LFOW customer's website, which links the LFOW customer's website to a copy of the LFOW Software. An LFOW customer has the option of storing the copy of the LFOW Software on the same webserver(s) as the customer's website, or storing the copy of the LFOW Software on a different webserver(s) than the website. Many of LFOW's customers choose to have the copy of the LFOW Software stored on LFOW's webservers.

12.     Regardless of the particular webserver(s) where the LFOW Software is stored, the functionality and result is the same. When a web browser is directed to a website linked to the LFOW Software, the embedded HTML script tag is read by the web browser and causes the automatic distribution of a copy of the LFOW Software. The LFOW Software is automatically saved by the web browser into cache, and/or a hard drive(s), and loaded into computer memory and/or RAM (random access memory). As a result of the distribution of the LFOW Software, the specific web spokesperson video is automatically launched and displayed to advertise on the associated website.

13.     Because the LFOW Software is written in JavaScript, it is possible to view the actual source code of the LFOW Software through a web browser. Anyone who accesses a website that has implemented the LFOW Software has access to the software. Additionally, any website visitor can download the LFOW Software and view it on virtually any text viewer or editor software (such as Word®, Notepad, etc.).

14.     The LFOW Software is licensed to customers for a license fee by LFOW, which also receives fees for other services.

15.     The LFOW Software is also subject to the terms and conditions of LFOW's End User License Agreement ("EULA"). Since at least October 2007, LFOW has included the web address where the EULA can be found, thus anyone who accessed any version of the LFOW Software since that time had notice of the EULA.

16.     LFOW has registered the LFOW Software. Pertinent to this action, on December 20, 2007, LFOW duly registered the copyright in the LFOW Software version 7.0.0, prior to the publication of version 7.0.0, in the United States Copyright Office, as evidenced by the certificate of registration for TXu001610441, which was issued by the Register of Copyrights. A true and accurate copy of the certificate of registration is attached hereto as Exhibit A, and a true and accurate copy of the deposit work for TXu001610441 is attached hereto as Exhibit A1.

## IV.    DEFENDANT'S COPYRIGHT INFRINGEMENT

17.     Defendant    owns,    and/or    operates    and/or    controls    the    website www.bordentowndentist.com ("Defendant's website"). A copy of the HTML source code for the Defendant's website is found at Exhibit B.

18.     Defendant's website advertises and promotes the products and/or services of Defendant.

4

19.     Upon information and belief, Defendant has used a web spokesperson video to promote Defendant's products and/or services.

20.     Upon information and belief, in order to display the web spokesperson video on Defendant's website, Defendant used and distributed, without permission, and therefore infringed upon, the infringing version of the LFOW Software.

21.     Upon information and belief, Defendant has the right and ability to modify its own website or to have its website modified on Defendant's behalf.

22.     Upon information and belief, to implement the infringing version of the LFOW Software, the Defendant's website was modified by or on behalf of Defendant to include the following website source code and/or text, shown in Exhibit B: http://yourvideopartner.com/client/ip_player.js?swf=http://yourvideopartner.com/client/new_mai n.swf&amp;flv=http://flash.yourvideopartner.com/complete/1202215.flv&amp;start=normal&a mp;close=close&amp;play_when=1&amp;align_right=true&amp;show_loading=no&amp;width =480&amp;height=360&amp;vlm=80&amp;x_off=175

23.     This modification links the Defendant's website to the file "ip_player.js", an infringing version of the LFOW Software, which was stored for Defendant on the webserver(s) for www.yourvideopartner.com. A copy of "ip_player.js" is found at Exhibit C.

24.     As a result of the modification to the Defendant's website referenced above, when a web browser retrieves a page from the Defendant's website, a copy of the infringing version of the LFOW Software is distributed by Defendant to the website visitor and stored on the visitor's computer in cache, memory and/or its hard drive. Accordingly, each visit to the Defendant's website is a new act of copyright infringement.

25.     The infringing version of the LFOW Software, shown at Exhibit C is substantially similar to the LFOW Software, and includes one or more instances of "LFOW," which is a reference to LFOW. The infringing version of the LFOW Software also includes the unique prefixes "lf_," which were arbitrarily chosen by LFOW to mark its code and indicate LFOW's unique and original code. There is no functional value to the use of the letters "LFOW" or "lf_" in the LFOW Software. Instead, these were both chosen as references to LFOW and its code.

26.     The web spokesperson video that launches on Defendant's website is a result of Defendant's distribution of the infringing version of the LFOW Software, which advertises and promotes the products and/or services of Defendant, encouraging the website viewer to purchase and/or use Defendant's products and/or services, thereby providing a monetary benefit to Defendant. Thus, Defendant's copyright infringement of the LFOW Software is in its advertising, and the infringement is for the purpose of advertising its products and/or services.

27.     Defendant intends for a copy of the infringing version of the LFOW Software to be distributed to website visitors in its advertising, as this is necessary for the video spokesperson to appear on the screen of the website visitor. The volitional distribution of the infringing version of the LFOW Software by Defendant to its website visitors is seamless and transparent for the website visitors, who are able to view the video spokesperson advertising Defendant's products and/or services by virtue of receiving the copy of the infringing version of the LFOW Software.

28.     Defendant profits directly from and has a direct financial interest in the infringement, because the use of the infringing version of the LFOW Software allows Defendant to more effectively promote and sell its products and/or services by capturing, holding and prolonging the attention of the average online visitor, providing a direct positive impact on sales and/or the brand, public image and reputation of Defendant.

29.     The infringing version of the LFOW Software is a sales and advertising tool for Defendant to generate revenues and profits and, upon information and belief, the use and misuse of the infringing version of the LFOW Software by Defendant did in fact generate revenues and profits for Defendant, as more fully described below.

30.     Defendant unlawfully and continuously used the infringing version of the LFOW Software on unauthorized Web Page(s), for which Defendant did not pay applicable license fees and video production fees to LFOW.

31.     The unlawful use, reproduction and/or distribution of the infringing version of the LFOW Software on the Defendant's website constitutes infringement of LFOW's intellectual property rights, including, without limitation, LFOW's registered copyrighted material(s).

32.     As a result of foregoing conduct of Defendant, LFOW has suffered significant harm and loss.

33.     Upon information and belief, Defendant actively induced end users to visit its website(s), and thereafter distributed the infringing version of the LFOW Software to end users (e.g. website visitors) numerous times.  The actual number can only be ascertained through discovery.

34.     Defendant has caused, enabled, facilitated, and/or materially contributed to the infringement by, inter alia, distributing copies of the accused software to each visitor via the Defendant's website(s) and refused to exercise its ability to stop the infringement made possible by the modification and continuous operation of its website(s).

35.     As the owner of the registered copyright in the LFOW Software, LFOW has an interest in protecting its rights against such copyright infringement.

36.     Under the authority of 17 U.S.C. § 504, LFOW is entitled to elect whether to recover statutory damages against Defendant for each act of copyright infringement.

37.     Where Defendant initiated or continued the infringing conduct while aware of the infringement, these actions were the result of reckless disregard for, or willful blindness to LFOW's rights, and therefore constitute volitional conduct and willful infringement.

## COUNT ONE

### Copyright Infringement

38.     LFOW incorporates by reference the averments contained in the preceding paragraphs above, as if set forth fully herein.

39.     Count One is an action under 17 U.S.C. § 501 for direct, indirect and/or vicarious infringement of registered copyright(s) as against the Defendant named in this Complaint.

40.     LFOW is the owner of valid copyright registration TXu001610441.

41.     LFOW has complied in all respects with the provisions of the Copyright Act, 17 U.S.C. §§ 101 et seq., and all other laws governing copyright to secure the exclusive rights and privileges in and to the copyrights of the items identified herein.

42.     The infringing version of the LFOW Software used and distributed by Defendant is at least substantially similar to the LFOW Software protected by TXu001610441.

43.     Defendant, through its agent(s), vendor(s), officer(s), and/or employee(s), modified Defendant's website to cause the copying, use and distribution of the infringing version of the LFOW Software.

44.     The past and ongoing copying, use and distribution of the infringing version of the LFOW Software by Defendant results in actual damage to LFOW, including but not limited to the loss of licensing revenue lost as a result of Defendant's infringement.

45.     Defendant intentionally induced and/or encouraged direct infringement of the LFOW Software by distributing the infringing version of the LFOW Software via its website(s) and/or seeking out the LFOW Software in order to use it on its website(s).

46.     Defendant profited from and has a direct financial interest in the infringement, because the use of the infringing version of the LFOW Software allows Defendant to more effectively promote and sell its product(s) and/or service(s) on its own website(s) by capturing, holding, and prolonging the attention of the average online visitor, providing a direct positive impact on sales and/or brand, public image and reputation of Defendant.

47.     Because Defendant owns, operates and/or controls its website, Defendant also has the right and ability to supervise and control the infringement and infringer by virtue of its ownership and control of its own website, but failed to do so.

48.     Where Defendant initiated or continued the infringing conduct with knowledge of the infringement, these actions were the result of reckless disregard for, or willful blindness to LFOW's rights, and therefore constitute willful infringement.

49.     Unless Defendant is restrained and enjoined from their unauthorized use and distribution of the LFOW Software, these injuries will continue to occur.

50.     Irreparable harm and injury to LFOW are imminent as a result of Defendant's conduct and LFOW is without an adequate remedy at law.

51.     Pursuant to 17 U.S.C. § 502(a), LFOW is entitled to an injunction restraining Defendant, its employees and agents, and all other persons acting in concert with Defendant, from engaging in any further improper acts.

52.     Pursuant to 17 U.S.C. §§ 503(a) and 503(b), LFOW is entitled to an order impounding the infringing articles and the means by which such infringing articles were produced and/or reproduced.

53.     Pursuant to 17 U.S.C. § 504, LFOW is also entitled to recover actual damages and any profits of Defendant, or, alternatively, to recover statutory damages of up to $150,000 for each work infringed.

54.     Pursuant to 17 U.S.C. § 505, LFOW is entitled to an award of attorneys' fees and costs.

WHEREFORE, LFOW asks this Court to enter preliminary and final orders and judgments as necessary to provide LFOW the following requested relief:

a)      Finding Defendant liable for copyright infringement by virtue of Defendant's past and ongoing unauthorized use of LFOW's Software;

b)      Finding Defendant's copyright infringement to be voluntary and an intentional violation of Defendant's known duties, and therefore willful;

c)      Finding LFOW to have suffered, and to continue suffering harm that is irreparable and otherwise without an adequate remedy at law;

d)      A permanent injunction under 17 U.S.C. §§502 and 503, enjoining Defendant from further infringement, including but not limited to the cessation of operation of Defendant's website(s);

e)      An award of damages against Defendant under §504;

f)      An award under 17 U.S.C. § 505 allowing recover of the full costs of this action, including LFOW's reasonable attorneys' fees and costs; and

g)      Such and other relief as the Court deems appropriate.

## JURY DEMAND

LFOW demands a jury trial on all issues so triable.

Respectfully Submitted,

TINOVSKY LAW FIRM

Dated: May 26, 2015          By:

Vladislav Tinovsky, Esquire
Attorney ID 031122000
5 Neshaminy Interplex
Suite 205
Trevose, PA 19053
215-568-6860
*Counsel for Plaintiff Live Face on Web, LLC*

## VERIFICATION

The undersigned hereby states that: (a) he/she is authorized to make this verification on behalf of Plaintiff Live Face on Web, LLC; (b) the statements made in the foregoing Complaint are true and correct to the best of the undersigned's knowledge, information, and belief; and (c) he/she understands that the statements made in this verification are subject to the penalties relating to unsworn falsification to authorities.

Dated: ___May 26____, 2015

Eduard Shcherbakov, CEO
Live Face On Web, LLC

# EXHIBIT  A

Additional Certificate (17 U.S.C. 706)
# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**
## TXu 1-610-441

**Effective date of
registration:**
December 20, 2007

---

## Title
**Title of Work:** LIVE FACE ON WEB, LLC -- Javascript Version 7.0.0

## Completion/ Publication
**Year of Completion:** 2007

## Author
**Author:** Live Face on Web, LLC

**Author Created:** New text; chancfes in existinq text.

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No                    **Pseudonymous:** No

## Copyright claimant
**Copyright Claimant:** Live Face on Web, LLC

1300 Industrial Blvd., Suite 202, SouthamiDton., PA, 18966

## Limitation of copyright claim
**Material excluded from this claim:** Prior versions of this work.

**Previously registered:** No

**New material included in claim:** New text; changes to existing text.

## Certification
**Name:** Tristram R. Fall, III, authorized agent of Live Face on Web,
LLC

**Date:** December 13, 2007

---

Registration #:   TXU001610441

Service Request #:   1-41681852

Fox Rothschild LLP
Tristram Fall, III, Esquire
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291

# EXHIBIT A1



# COPY OF DEPOSIT

# TXu 1-610-441

```
// ---------- Do Not Remove ----------
// Copyright 2007 LiveFaceOnWeb, LLC
// Version: 7.0.0
// Date: 10/02/2007
// End User License Agreement Location: http://www.livefaceonweb.com/eula.htm
//
/////////////////////////////////////////////////////////////////////////////
/////////////////////////////////////////////////////////////////////////////
/////////////////// User defined parameters and instructions ///////////////////
/////////////////////////////////////////////////////////////////////////////
/////////////////////////////////////////////////////////////////////////////
//
// Below enter the URL location where the files are residing
// Example: var lf_URL = 'http://www.livefaceonweb.com/';
// In the above example, LiveFaceOnWeb Presentaton files are located at the root
level of http://www.livefaceonweb.com
var lf_URL = '';
// Below select from a choice of Static, Relative, or Dynamic position for the
LiveFaceOnWeb Presentation
// 1 = Static Position, LiveFaceOnWeb Presentation would be in a fixed location
// 2 = Relative Position, LiveFaceOnWeb Presentation would be located where the
script is called from on the webpage
// 3 = Dynamic Position, LiveFaceOnWeb Presentation would float as the page
scrolls
// Example: var lf_Position = 3;
// In the above example, LiveFaceOnWeb Presentation would float as with page
scrolls
var lf_Position = 3
// Below enter LiveFaceOnWeb Presentation OffSet Position
// OffSet Position specifies the top and the left position for Static and
Relative Positions only
// Example: var lf_OffSet_Top_Position = 50; and var lf_OffSet_Left_Position =
0;
// In the above example, LiveFaceOnWeb Presentation would be placed 50 pixels
from the top and 0 pixels to the left of the browser screen
var lf_OffSet_Top_Position = 0;
var lf_OffSet_Left_Position = 0;
// Below select the preset Dynamic position for LiveFaceOnWeb Presentation
// 1 = Top left of the browser screen
// 2 = Top right of the browser screen
// 3 = Bottom left of the browser screen
// 4 = Bottom right of the browser screen
// 5 = Middle of the browser screen
// 6 = Top Middle of the browser screen
// 7 = Right Middle of the browser screen
// 8 = Bottom Middle of the browser screen
// 9 = Left Middle of the browser screen
// Example: var lf_Position = 4;
// In the above example, LiveFaceOnWeb Presentation would be placed at bottom
right of browser screen
var lf_Position_Dynamic = 4;
// Below enter the delay lenght in seconds before LiveFaceOnWeb Presentation
appears
// Example: var lf_tDLB = 5;
// In the above example. LiveFaceOnWeb Presentation would appear after 5 seconds
// Example: var lf_tDLB = 0;
```

COPYRIGHT © 2007 LIVE FACE ON WEB, LLC. ALL RIGHTS RESERVED.

```
// in the above example, LiveFaceOnWeb Presentation would appear instantly
var lf_tDLB = 0;
// Below enter the amount of seconds LiveFaceOnWeb Presentation appears after it
has completed playing
// Example: var lf_TimeDelayAfter = 0;
// In the above example, this option would be disabled
// Example: var lf_tDLA = 5;
// In the above example, LiveFaceOnWeb Presentation would close 5 seconds after
it has completed playing
var lf_tDLA = 0;
// Below select how LiveFaceOnWeb Presentation should appear for the same
visitor
// 1 = Play everytime
// 2 = Play ones per visitors session
// 3 = Play in so many days
// Example: var lf_PresPlay = 1;
// In the above example LiveFaceOnWeb Presentation would play every time
// Example: var lf_PresPlay = 3; and var lf_PresPlayDays = 1;
// In the above example LiveFaceOnWeb Presentation would play ones every day
var lf_PresPlay = 1;
var lf_PresPlayDays = 0;
// Below enable the Click-On-Me Functionality for LiveFaceOnWeb Presentation
// Example: var lf_cOMW = 1;
// In the above example, Click-On-Me Functionality is enabled for LiveFaceOnWeb
Presenation
// Example: var lf_cOMW = 0;
// In the above example, Click-On-Me Functionality is disabled for LiveFaceOnWeb
Presenation
var lf_cOMW = 0;
// Below enter the Click-On-Me Functionality URL
// Example: var lf_cOMURL = 'http://www.livefaceonweb.com'
// In the above example, when a visitor would click on LiveFaceOnWeb Presenation
they would be redirected to http://www.livefaceonweb.com
var lf_cOMURL = '';
// Below select Click-On-Me Functionality Window Settings
// Example: var lf_cOMWP = 1;
// In the above example, the redirect window would be opened as a new browser
screen
// Example: var lf_cOMWP = 0;
// In the above example, the redirect window would be opened in the same browser
screen
var lf_cOMWP = 0;
// Below enable the Fade-In Effect
// Example: var lf_fIE = 1;
// In the above example, Fade-In Effect is enabled on LiveFaceOnWeb Presenation
// Example: var lf_fIE = 0;
// In the above example, this option would be disabled
var lf_fIE = 1;
// Below enter the duration of Fade-In Effect in seconds
// Example: var lf_fIET = 5;
// In the above example, LiveFaceOnWeb Presenation would Fade-In in 5 seconds
var lf_fIET = 1;
// Below select LiveFaceOnWeb Presenation play status while Fade-In Effect is
active
// Example: var lf_fIET = 1;
```

```
// In the above example, LiveFaceOnWeb Presenation would play after the Fade-In
Effect has completed
// Example: var lf_fIET = 0;
// In the above example, LiveFaceOnWeb Presenation would play while the Fade-In
Effect is occuring
var lf_fIEP = 1;
// Below enable Fade-Out Effect
// Example: var lf_fOE = 1;
// In the above example, Fade-Out Effect is enabled on LiveFaceOnWeb Presenation
// Example: var lf_fOE = 0;
// In the above example, this option would be disabled
var lf_fOE = 1;
// Below enter the duration of Fade-Out Effect in seconds
// Example: var lf_fOET = 5;
// In the above example, LiveFaceOnWeb Presenation would Fade-Out in 5 seconds
var lf_fOET = 1;
// Below enable Play-Button Functionality to appear first at the bottom left
corner
// Example: var lf_pBBE = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation to appear first at the bottom left corner
// Example: var lf_pBBE = 0;
// In the above example, this option would be disabled
var lf_pBBE = 0;
// Below enable Play-Button Functionality to appear first on top of the model
// Example: var lf_pBBBOF = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation and appear first and on top of the model
// Example: var lf_pBBBOF = 0;
// In the above example, this option would be disabled
var lf_pBBBOF = 0;
// Below enable Play-Button Functionality to appear after LiveFaceOnWeb
Presenation has completed in the bottom left corner
// Example: var lf_pBAE = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation after it has completed and appears on the bottom left corner
// Example: var lf_pBAE = 0; disables the Play Button Function after the
presentation ends
// In the above example, this option would be disabled
var lf_pBAE = 0;
// Below enable Play-Button Functionality to appear on top of the model after
LiveFaceOnWeb Presenation has completed
// Example: var lf_pBAOF = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation to appear on top of the model after LiveFaceOnWeb Presenation has
completed
// Example: var lf_pBAOF = 0;
// In the above example, this option would be disabled
var lf_pBAOF = 0;
// Below enable the Roll-Over-To-Play Effect
// Example: var lf_rOTPE = 1;
// In the above example, Roll-Over-To-Play Effect is enabled on LiveFaceOnWeb
Presenation
// Example: var lf_rOTPE = 0;
// In the above example, this option would be disabled
var lf_rOTPE = 0;
```

-3-

```
// Below enter the Complete URL for the SWF to be active within Roll-Over-To-
Play Effect
// Example: var lf_rOTPURL = 'http://www.livefaceonweb.com/test.swf';
// In the above example, SWF file for Roll-Over-To-Play Effect is located at
http://www.livefaceonweb.com/test.swf
var lf_rOTPURL = '';
// Below enable the Frame-Hold Effect
// Example: var lf_sFRAME = 7; shows the 7th frame while fade in/out, play
button, and roll over effects
// In the above example, LiveFaceOnWeb Presentation shows 7th frame while Fade-
In/Fade-Out, Play-Button, and Roll-Over-To-Play Effects occur
// Example: var lf_sFRAME = 0;
// In the above example, this option would be disabled
var lf_sFRAME = 0;
// Below enter LiveFaceOnWeb.com Affiliate ID
// Example: var affiliateID = '80961c09';
var lf_AffiliateID = '';


//////////////////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////////////////////////
//////////////////////  Do not change the parameters below  ////////////////////
//////////////////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////////////////////////

var lf_SWF_File_Width = 200;
var lf_SWF_File_Height = 220;
var lf_ID = '100000505';

var lf_divHorPos = 0;
var lf_divVerPos = 0;
var lfVersion = -1;
var arrNavInfo = [];
var lfString;
var lfParamString;
var divID = 'div' + lf_ID;


arrNavInfo.navprop = navigator.userAgent.toLowerCase();

if (navigator.vendor == 'KDE' || ( document.childNodes && ( !document.all ||
navigator.accentColorName ) && !navigator.taintEnabled )) {
    arrNavInfo[0] = 'kde';
    arrNavInfo[1] = 'Safari';
} else if (window.opera && document.childNodes) {
    arrNavInfo[0] = 'opr';
    arrNavInfo[1] = 'Opera';
} else if (navigator.appName.indexOf('WebTV') + 1) {
    arrNavInfo[0] = 'wtv';
    arrNavInfo[1] = 'WebTV';
} else if (navigator.product == 'Gecko') {
    arrNavInfo[0] = 'gek';
    arrNavInfo[1] = 'Gecko engine (Mozilla, Netscape 6+ etc.)';
} else if (document.getElementById) {
    arrNavInfo[0] = 'ie';
    arrNavInfo[1] = 'Internet Explorer 5+';
```

-4-

```
    } else {
        arrNavInfo[0] = 'na';
        arrNavInfo[1] = 'an unknown browser';
    }
    if (navigator.plugins != null && navigator.plugins.length > 0)
    {
        if (navigator.plugins['Shockwave Flash 2.0'] || navigator.plugins['Shockwave
Flash']) {
            var swVer2 = navigator.plugins['Shockwave Flash 2.0'] ? ' 2.0' : '';
            var lfDescription = navigator.plugins['Shockwave Flash' +
swVer2].description;
            var descArray = [];
            var tempArrayMajor = [];
            var versionMajor = [];
            var tempArrayMinor = [];
            var versionMinor;
            descArray = lfDescription.split(' ');
            tempArrayMajor = descArray[2].split('.');
            versionMajor = tempArrayMajor[0];
            if (descArray[3] != '') {
                tempArrayMinor = descArray[3].split('r');
            } else {
                tempArrayMinor = descArray[4].split('r');
            }
            versionMinor = tempArrayMinor[1] > 0 ? tempArrayMinor[1] : 0;
            lfVersion = parseFloat(versionMajor + '.' + versionMinor);
        }
    } else {
        for (var i = 8; i < 20; i++)
        {
            try {
                var objFlash = new ActiveXObject('ShockwaveFlash.ShockwaveFlash.' +
i);
                if (objFlash) {
                    lfVersion = i;
                }
            } catch(e) {}
        }
    }
    function runLFOW() {
        try {
            if (lf_PresPlay == 1) {
                lf_createCookie(lf_ID, 'on', -1);
                showLFOW_Video();
            } else if (lf_PresPlay == 2) {
                if (lf_readCookie(lf_ID) == 'no') {
                    lf_createCookie(lf_ID, 'on');
                    showLFOW_Video();
                }
            } else if (lf_PresPlay == 3) {
                if (lf_readCookie(lf_ID) == 'no') {
                    lf_createCookie(lf_ID, 'on', lf_PresPlayDays);
                    showLFOW_Video();
                }
            }
        } catch(e) {
```

-5-

```
            showLFOW_Video();
        }
    }
    if (lfVersion >= 8) {
        if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
            try {
                if (window.addEventListener) window.addEventListener('load',
runLFOW, false);
                else if (window.attachEvent) window.attachEvent('onload', runLFOW);
            } catch(e) {
                showLFOW_Video();
            }
        } else {
            showLFOW_Video();
        }
    }
    function showLFOW_Video()
    {
        if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
            try {
                var lfDiv = document.createElement('div');
                if (lfDiv === undefined) {
                    lf_Position = 'err';
                } else if (lfDiv == null) {
                    lf_Position = 'err';
                } else {
                    lfDiv.id = divID;
                    lfDiv.style.position = 'absolute';
                    lfDiv.style.zIndex = 9999;
                    if (lf_Position == 1) {
                        lfDiv.style.left = lf_OffSet_Left_Position;
                        lfDiv.style.top = lf_OffSet_Top_Position;
                    } else {
                        lfDiv.style.left = 0;
                        lfDiv.style.top = 0;
                    }
                    lfDiv.style.height = lf_SWF_File_Height;
                    lfDiv.style.width = lf_SWF_File_Width;
                    lfDiv.style.visibility = 'visible';
                }
            } catch(e) {
                lf_Position = 'err';
            }
        }
        compileLFOW()
        if ((lf_Position !== 2) && (lf_Position !== 'err') && (arrNavInfo[0] !==
'na')) {
            lfDiv.innerHTML = lfString;
            document.body.appendChild(lfDiv);
        } else if (lf_Position !== 2) {
            document.write( '<div id="' + divID +'" style="position: absolute;z-
index: 999;left: 0px;top: 0px;height: '+ lf_SWF_File_Height +'px;width: '+
lf_SWF_File_Width +'px;">'+ lfString +'</div>' );
        } else {
            document.write( '<div id="' + divID +'" style="position: relative;z-
index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' +
```

```
lf_OffSet_Top_Position + 'px;height: '+ lf_SWF_File_Height +'px;width: '+
lf_SWF_File_Width +'px;">'+ lfString +'</div>' );
        }
        if ((lf_Position !== 1) && lf_Position !== 2) {
            switch (arrNavInfo[0]) {
                case 'ie':
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                    window.setInterval('ScrollHnd()', 30);
                break;
                case 'gek':
                    if (window.onscroll === undefined) {
                        window.setInterval('ScrollHnd()', 30);
                    } else {
                        window.onscroll = ScrollHnd;
                        window.onresize = ScrollHnd;
                    }
                break;
                case 'opr':
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                break;
                case 'kde':
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                break;
                case 'wtv':
                    if (window.onscroll === undefined) {
                        window.setInterval('ScrollHnd()', 30);
                    } else {
                        window.onscroll = ScrollHnd;
                        window.onresize = ScrollHnd;
                    }
                break;
            }
            ScrollHnd();
        }
}
function ScrollHnd()
{
    var divScroll;
    var wnd;
    var screenWd = 0;
    var screenHt = 0;
    var screenX = 0;
    var screenY = 0;
    var objDoc;
    var divLeft = 0;
    var divTop = 0;

    objDoc = document;
    wnd = window;

    if (objDoc.getElementById) {
        divScroll = objDoc.getElementById(divID);
        if (divScroll.style) {
```

```
                    divScroll = divScroll.style;
            }
        }
        if (window.innerHeight)
        {
            screenHt = wnd.innerHeight;
            screenWd = wnd.innerWidth;
        }
        else if (objDoc.documentElement && ( objDoc.documentElement.clientWidth ||
objDoc.documentElement.clientHeight ))
        {
            screenWd = objDoc.documentElement.clientWidth;
            screenHt = objDoc.documentElement.clientHeight;

        }
        else if (objDoc.body && ( objDoc.body.clientWidth ||
objDoc.body.clientHeight ))
        {
            screenWd = objDoc.body.clientWidth;
            screenHt = objDoc.body.clientHeight;
        }
        if (window.innerHeight)
        {
            screenY = wnd.pageYOffset;
            screenX = wnd.pageXOffset;
        }
        else if (objDoc.body && ( objDoc.body.scrollLeft || objDoc.body.scrollTop ))
        {
            screenY = objDoc.body.scrollTop;
            screenX = objDoc.body.scrollLeft;
        }
        else     if (objDoc.documentElement && ( objDoc.documentElement.scrollLeft
|| objDoc.documentElement.scrollTop ))
        {
            screenY = objDoc.documentElement.scrollTop;
            screenX = objDoc.documentElement.scrollLeft;
        }
        divLeft = divLeft + lf_divHorPos;
        divTop = divTop + lf_divVerPos;
        divLeft = divLeft + screenX;
        divTop = divTop + screenY;
        if (lf_Position_Dynamic == 6) {
            divLeft = divLeft + ((screenWd / 2) - (lf_SWF_File_Width / 2));
        } else if (lf_Position_Dynamic == 7) {
            divLeft = divLeft + (screenWd - lf_SWF_File_Width);
            divTop = divTop + ((screenHt / 2) - (lf_SWF_File_Height / 2));
        } else if (lf_Position_Dynamic == 8) {
            divLeft = divLeft +((screenWd / 2) - (lf_SWF_File_Width / 2));
            divTop = divTop + (screenHt - lf_SWF_File_Height);
        } else if (lf_Position_Dynamic == 9) {
            divTop = divTop + ((screenHt / 2) - (lf_SWF_File_Height / 2));
        } else {
            if (lf_Position_Dynamic == 5)
            {
                divLeft = divLeft + ((screenWd / 2) - (lf_SWF_File_Width / 2));
                divTop = divTop - ((screenHt / 2) - (lf_SWF_File_Height / 2));
```

```
        }
        if (( lf_Position_Dynamic % 2 ) == 0)
        {
            divLeft = divLeft + (screenWd - lf_SWF_File_Width);
        }
        if (( lf_Position_Dynamic < 3 ) == false)
        {
            divTop = divTop + (screenHt - lf_SWF_File_Height);
        }
    }
    divScroll.left = divLeft + 'px';
    divScroll.top = divTop + 'px';
}
function compileLFOW()
{
    lfParamString = '?lfID=' + lf_ID
    lfParamString += '&cOMW=' + lf_cOMW
    if (lf_cOMURL == '') {
        lfParamString += '&cOMURL=http://www.livefaceonweb.com'
    } else {
        lfParamString += '&cOMURL=' + escape(lf_cOMURL)
    }
    lfParamString += '&cOMWP=' + lf_cOMWP
    lfParamString += '&tDLB=' + lf_tDLB
    lfParamString += '&tDLA=' + lf_tDLA
    lfParamString += '&fIE=' + lf_fIE
    lfParamString += '&fIET=' + lf_fIET
    lfParamString += '&fIEP=' + lf_fIEP
    lfParamString += '&fOE=' + lf_fOE
    lfParamString += '&fOET=' + lf_fOET
    lfParamString += '&pBBE=' + lf_pBBE
    lfParamString += '&pBBBOF=' + lf_pBBBOF
    lfParamString += '&pBAE=' + lf_pBAE
    lfParamString += '&pBAOF=' + lf_pBAOF
    lfParamString += '&rOTPE=' + lf_rOTPE
    if (lf_rOTPURL == '') {
        lfParamString += '&rOTPURL=none'
    } else {
        lfParamString += '&rOTPURL=' + escape(lf_rOTPURL)
    }
    lfParamString += '&sFRAME=' + lf_sFRAME
    if (lf_AffiliateID == '') {
        lfParamString += '&lfAffiliateID=none'
    } else {
        lfParamString += '&lfAffiliateID=' + lf_AffiliateID
    }
    if (document.location.href == '') {
        lfParamString += '&sURL_Site=none'
    } else {
        lfParamString += '&sURL_Site=' + escape(document.location.href);
    }
    lfString = "<object classid='clsid:d27cdb6e-ae6d-11cf-96b8-444553540000'
width='" + lf_SWF_File_Width + "' height='" + lf_SWF_File_Height + "' id='obj" +
lf_ID + "' align='middle'
codebase='https://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#v
ersion=8,0,24,0' >";
```

```
        lfString += "<param name='movie' value='" + lf_URL + 'lfow.swf' +
lfParamString + "' />";
        lfString += "<param name='quality' value='high' />";
        lfString += "<param name='wmode' value='transparent' />";
        lfString += "<param name='allowScriptAccess' value='always' />";
        lfString += "<param name='loop' value='false' />";
        lfString += "<embed src='" + lf_URL + 'lfow.swf' + lfParamString + "'
allowScriptAccess='always' quality='high' wmode='transparent' loop='false'
width='" + lf_SWF_File_Width + "' height='" + lf_SWF_File_Height + "' name='obj"
+ lf_ID + "' align='middle' type='application/x-shockwave-flash'
pluginspage='https://www.macromedia.com/go/getflashplayer' />";
        lfString += "</object>";
}
function lf_createCookie(strName, strValue, strDays)
{
    if (strDays) {
        var date = new Date();
        date.setTime(date.getTime() + (strDays * 24 * 60 * 60 * 1000));
        var expires = '; expires=' + date.toGMTString();
    } else var expires = '';
    document.cookie = strName + '=' + strValue + expires + '; path=/';
}
function lf_readCookie(strName) {
    var strNameplus = strName + '=';
    var arrCk = document.cookie.split(';');
    for (var i = 0; i < arrCk.length; i++) {
        var c = arrCk[i];
        while (c.charAt(0) == ' ') c = c.substring(1, c.length);
        if (c.indexOf(strNameplus) == 0) return c.substring(strNameplus.length,
c.length);
    }
    return 'no';
}
```

LC COPYRIGHT
0 025 139 365 5

# EXHIBIT B

```
1   <!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
2
3   <!-- #BeginTemplate "template.dwt" -->
4   <html>
5
6   <head>
7
8
9   <script type="text/javascript" src="/static/js/analytics.js"></script>
10  <script type="text/javascript">archive_analytics.values.server_name="wwwb-
    app0.us.archive.org";archive_analytics.values.server_ms=101;</script>
11  <link type="text/css" rel="stylesheet" href="/static/css/banner-styles.css"/>
12
13
14  <meta content="text/html; charset=windows-1252" http-equiv="Content-Type" />
15
16  <!-- #BeginEditable "doctitle" -->
17
18  <title>Dentist - Bordentown New Jersey - Premier Dental - Home</title>
19
20  <META NAME="description" content="Dentist Bordentown New Jersey - We provide high quality,
    personalized and comfortable, dental services for the entire family in the bordentown
    Trenton and Mt Holly NJ Area ">
21  <META NAME="keywords" content="bordentown dentist, NJ, Family Dentistry New Jersey,
    Lumineers, insurance plan, whitening, implant, hygiene, hygienist, gold, extraction,
    bleaching, wisdom, decay, 6 Month Smiles, Six Month Smiles, Adult Orthodontics, Trenton, Mt
    Holly, Princeton, Lawrenceville, cosmetic, sedation, tooth, teeth, dental, Hamilton ,
    Columbus ">
22
23
24  <!-- Start WOWSlider.com HEAD section -->
25          <link rel="stylesheet" type="text/css" href="engine1/style.css" />
26          <style type="text/css">
27
28  a#vlb{display:none}</style>
29          <script type="text/javascript" src="engine1/jquery.js"></script>
30          <script type="text/javascript" src="engine1/wowslider.js"></script>
31          <!-- End WOWSlider.com HEAD section -->
32
33
34
35  <!-- #EndEditable -->
36
37  <script type="text/javascript">
38  <!--
39
40  function formValidator(){
41          var Patient_Name = document.getElementById('Patient_Name');
42          var Tel = document.getElementById('Telephone');
43          var Email = document.getElementById('Email');
44
45
46
47          if(notEmpty(Patient_Name, "Name",  "Please enter your name")){
48                  if(notEmpty(Email , "Email", "Please enter email")){
49                          if(notEmpty(Tel, "Telephone" , "Please enter your telephone
    number")){
50                                  return true;
51                          }
52                  }
53          }
```

```
54                return false;
55
56      }
57
58
59
60      function notEmpty(elem, default_msg , helperMsg){
61            if ((elem.value == default_msg ) || (elem.value.length == 0))
62            {
63                    alert(helperMsg);
64                    elem.focus(); // set the focus to this input
65                    return false;
66            }
67            return true;
68      }
69
70
71      function clickclear(thisfield, defaulttext) {
72      if (thisfield.value == defaulttext) {
73      thisfield.value = "";
74      }
75      }
76
77      function myclickclear(thisfield, defaulttext) {
78      thisfield.value = "";
79      }
80
81      function clickrecall(thisfield, defaulttext) {
82      if (thisfield.value == "") {
83      thisfield.value = defaulttext;
84      }
85      }
86      -->
87
88      </script>
89
90      <script type="text/javascript">
91      var sc_project=723088;
92      var sc_invisible=1;
93      var sc_security="26d3d8c8";
94      var sc_https=1;
95      var scJsHost = (("https:" == document.location.protocol) ?
96      "/web/20120727015521/https://secure." : "/web/20120727015521/http://www.");
97      document.write("<sc"+"ript type='text/javascript' src='" +
98      scJsHost +
99      "statcounter.com/counter/counter.js'></"+"script>");</script>
100
101
102
103     <!-- BEGIN WAYBACK TOOLBAR INSERT -->
104     <script type="text/javascript" src="/static/js/disclaim-element.js" ></script>
105     <script type="text/javascript" src="/static/js/graph-calc.js" ></script>
106     <script type="text/javascript" src="/static/jflot/jquery.min.js" ></script>
107     <script type="text/javascript">//<![CDATA[
108     var __wm = (function(){
109     var wbPrefix = "/web/";
110     var wbCurrentUrl = "http://www.bordentowndentist.com/";
111
112     var firstYear = 1996;
113     var imgWidth = 500,imgHeight = 27;
114
```

```
115  var yearImgWidth = 25,monthImgWidth = 2;
     var displayDay = "27";
116  var displayMonth = "Jul";
117  var displayYear = "2012";
118  var prettyMonths =
     ["Jan","Feb","Mar","Apr","May","Jun","Jul","Aug","Sep","Oct","Nov","Dec"];
119  var $D=document,$=function(n){return document.getElementById(n)};
120  var trackerVal,curYear = -1,curMonth = -1;
121  var yearTracker,monthTracker;
122  function showTrackers(val) {
123    if (val===trackerVal) return;
124    var $ipp=$("wm-ipp");
125    var $y=$("displayYearEl"),$m=$("displayMonthEl"),$d=$("displayDayEl");
126    if (val) {
127      $ipp.className="hi";
128    } else {
129      $ipp.className="";
130      $y.innerHTML=displayYear;$m.innerHTML=displayMonth;$d.innerHTML=displayDay;
131    }
132    yearTracker.style.display=val?"inline":"none";
133    monthTracker.style.display=val?"inline":"none";
134    trackerVal = val;
135  }
136  function getElementX2(obj) {
137    var $e=jQuery(obj);
138    return (typeof $e=="undefined"||typeof $e.offset=="undefined")?
139      getElementX(obj):Math.round($e.offset().left);
140  }
141  function trackMouseMove(event,element) {
142    var eventX = getEventX(event);
143    var elementX = getElementX2(element);
144    var xOff = Math.min(Math.max(0, eventX - elementX),imgWidth);
145    var monthOff = xOff % yearImgWidth;
146
147    var year = Math.floor(xOff / yearImgWidth);
148    var monthOfYear = Math.min(11,Math.floor(monthOff / monthImgWidth));
149    // 1 extra border pixel at the left edge of the year:
150    var month = (year * 12) + monthOfYear;
151    var day = monthOff % 2==1?15:1;
152    var dateString = zeroPad(year + firstYear) + zeroPad(monthOfYear+1,2) +
153      zeroPad(day,2) + "000000";
154
155    $("displayYearEl").innerHTML=year+firstYear;
156    $("displayMonthEl").innerHTML=prettyMonths[monthOfYear];
157    // looks too jarring when it changes..
158    //$("displayDayEl").innerHTML=zeroPad(day,2);
159    var url = wbPrefix + dateString + '/' +  wbCurrentUrl;
160    $("wm-graph-anchor").href=url;
161
162    if(curYear != year) {
163      var yrOff = year * yearImgWidth;
164      yearTracker.style.left = yrOff + "px";
165      curYear = year;
166    }
167    if(curMonth != month) {
168      var mtOff = year + (month * monthImgWidth) + 1;
169      monthTracker.style.left = mtOff + "px";
170      curMonth = month;
171    }
172  }
173
```

```
174  function hideToolbar() {
175    $("wm-ipp").style.display="none";
176  }
     function bootstrap() {
177    var $spk=$("wm-ipp-sparkline");
178    yearTracker=$D.createElement('div');
179    yearTracker.className='yt';
180    with(yearTracker.style){
181      display='none';width=yearImgWidth+"px";height=imgHeight+"px";
182    }
183    monthTracker=$D.createElement('div');
184    monthTracker.className='mt';
185    with(monthTracker.style){
186      display='none';width=monthImgWidth+"px";height=imgHeight+"px";
187    }
188    $spk.appendChild(yearTracker);
189    $spk.appendChild(monthTracker);
190
191    var $ipp=$("wm-ipp");
192    $ipp&&disclaimElement($ipp);
193  }
194  return{st:showTrackers,mv:trackMouseMove,h:hideToolbar,bt:bootstrap};
195  })();//]]>
196  </script>
197  <style type="text/css">
198  body {
199    margin-top:0 !important;
200    padding-top:0 !important;
201    min-width:800px !important;
202  }
203  </style>
204  <div id="wm-ipp" lang="en" style="display:none;">
205
206  <div style="position:fixed;left:0;top:0;width:100%!important">
207  <div id="wm-ipp-inside">
208    <table style="width:100%;"><tbody><tr>
209    <td id="wm-logo">
210      <a href="/web/" title="Wayback Machine home page"><img
     src="/static/images/toolbar/wayback-toolbar-logo.png" alt="Wayback Machine" width="110"
     height="39" border="0" /></a>
211    </td>
212    <td class="c">
213      <table style="margin:0 auto;"><tbody><tr>
214      <td class="u" colspan="2">
215      <form target="_top" method="get" action="/web/form-submit.jsp" name="wmtb"
     id="wmtb"><input type="text" name="url" id="wmtbURL"
     value="http://www.bordentowndentist.com/" style="width:400px;"
     onfocus="this.focus();this.select();" /><input type="hidden" name="type" value="replay" />
     <input type="hidden" name="date" value="20120727015521" /><input type="submit" value="Go"
     /><span id="wm_tb_options" style="display:block;"></span></form>
216      </td>
217      <td class="n" rowspan="2">
218        <table><tbody>
219        <!-- NEXT/PREV MONTH NAV AND MONTH INDICATOR -->
220        <tr class="m">
221          <td class="b" nowrap="nowrap">
222
223            <a href="/web/20110207134349/http://bordentowndentist.com/" title="7
     Feb 2011">FEB</a>
224
```

```
225                            </td>
226                            <td class="c" id="displayMonthEl" title="You are here: 1:55:21 Jul 27,
      2012">JUL</td>
227                            <td class="f" nowrap="nowrap">
228
229                                   <a href="/web/20130527092030/http:/bordentowndentist.com/" title="27
      May 2013"><strong>MAY</strong></a>
230
231                            </td>
232                        </tr>
233                <!-- NEXT/PREV CAPTURE NAV AND DAY OF MONTH INDICATOR -->
234                <tr class="d">
235                            <td class="b" nowrap="nowrap">
236
237                                   <a href="/web/20110207134349/http://bordentowndentist.com/"
      title="13:43:49 Feb 7, 2011"><img src="/static/images/toolbar/wm_tb_prv_on.png"
      alt="Previous capture" width="14" height="16" border="0" /></a>
238
239                            </td>
240                            <td class="c" id="displayDayEl" style="width:34px;font-size:24px;"
      title="You are here: 1:55:21 Jul 27, 2012">27</td>
241                            <td class="f" nowrap="nowrap">
242
243                                   <a href="/web/20130527092030/http://bordentowndentist.com/"
      title="9:20:30 May 27, 2013"><img src="/static/images/toolbar/wm_tb_nxt_on.png" alt="Next
      capture" width="14" height="16" border="0" /></a>
244
245                            </td>
246                        </tr>
247                <!-- NEXT/PREV YEAR NAV AND YEAR INDICATOR -->
248                <tr class="y">
249                            <td class="b" nowrap="nowrap">
250
251                                   <a href="/web/20110207134349/http://bordentowndentist.com/" title="7 Feb
      2011"><strong>2011</strong></a>
252
253                            </td>
254                            <td class="c" id="displayYearEl" title="You are here: 1:55:21 Jul 27,
      2012">2012</td>
255                            <td class="f" nowrap="nowrap">
256
257                                   <a href="/web/20130824174846/http://www.bordentowndentist.com/"
      title="24 Aug 2013"><strong>2013</strong></a>
258
259                            </td>
260                        </tr>
261                    </tbody></table>
262            </td>
263            </tr>
264            <tr>
265            <td class="s">
266            <a class="t" href="/web/20120727015521*/http://www.bordentowndentist.com/"
      title="See a list of every capture for this URL">9 captures</a>
267                        <div class="r" title="Timespan for captures of this URL">21 Nov 08 - 19 Dec
      14</div>
268            </td>
269            <td class="k">
270            <a href="" id="wm-graph-anchor">
271            <div id="wm-ipp-sparkline" title="Explore captures for this URL">
272              <img id="sparklineImgId" alt="sparklines">
```

```
273         onmouseover="__wm.st(1)" onmouseout="__wm.st(0)"
274         onmousemove="__wm.mv(event,this)"
275         width="500"
276         height="27"
277         border="0"
278         src="/web/jsp/graph.jsp?
    graphdata=500_27_1996:-1:000000000000_1997:-1:000000000000_1998:-1:000000000000_1999:-1:000
    000000000_2000:-1:000000000000_2001:-1:000000000000_2002:-1:000000000000_2003:-1:0000000000
    00_2004:-1:000000000000_2005:-1:000000000000_2006:-1:000000000000_2007:-1:000000000000_2008
    :-1:000000000010_2009:-1:000000000000_2010:-1:000000000000_2011:-1:010000000000_2012:6:0000
    00100000_2013:-1:000010110000_2014:-1:000010000002_2015:-1:000000000000" />
279       </div>
280       </a>
281       </td>
282     </tr></tbody></table>
283   </td>
284   <td class="r">
285     <a href="#close" onclick="__wm.h();return false;" style="background-
    image:url(/static/images/toolbar/wm_tb_close.png);top:5px;" title="Close the
    toolbar">Close</a>
286     <a href="http://faq.web.archive.org/" style="background-
    image:url(/static/images/toolbar/wm_tb_help.png);bottom:5px;" title="Get some help using
    the Wayback Machine">Help</a>
287   </td>
288   </tr></tbody></table>
289 </div>
290 </div>
291 </div>
292 <script type="text/javascript">__wm.bt();</script>
293 <!-- END WAYBACK TOOLBAR INSERT -->
294 <noscript><div class="statcounter"><a title="counter on
295 tumblr" href="/web/20120727015521/http://statcounter.com/tumblr/"
296 target="_blank"><img class="statcounter"
297 src="/web/20120727015521im_/https://c.statcounter.com/723088/0/26d3d8c8/1/"
298 alt="counter on tumblr"></a></div></noscript>
299
300
301
302 <script type="text/javascript">
303 <!--
304 function clickclear(thisfield, defaulttext) {
305 if (thisfield.value == defaulttext) {
306 thisfield.value = "";
307 }
308 }
309
310 function myclickclear(thisfield, defaulttext) {
311 thisfield.value = "";
312 }
313
314 function clickrecall(thisfield, defaulttext) {
315 if (thisfield.value == "") {
316 thisfield.value = defaulttext;
317 }
318 }
319
320 function FP_swapImgRestore() {//v1.0
321  var doc=document,i; if(doc.$imgSwaps) { for(i=0;i<doc.$imgSwaps.length;i++) {
322   var elm=doc.$imgSwaps[i]; if(elm) { elm.src=elm.$src; elm.$src=null; } }
323  doc.$imgSwaps=null; }
```

```
324  }
325
326  function FP_swapImg() {//v1.0
327   var doc=document,args=arguments,elm,n; doc.$imgSwaps=new Array(); for(n=2; n<args.length;
328   n+=2) { elm=FP_getObjectByID(args[n]); if(elm) { doc.$imgSwaps[doc.$imgSwaps.length]=elm;
329   elm.$src=elm.src; elm.src=args[n+1]; } }
330  }
331
332  function FP_preloadImgs() {//v1.0
333   var d=document,a=arguments; if(!d.FP_imgs) d.FP_imgs=new Array();
334   for(var i=0; i<a.length; i++) { d.FP_imgs[i]=new Image; d.FP_imgs[i].src=a[i]; }
335  }
336
337  function FP_getObjectByID(id,o) {//v1.0
338   var c,el,els,f,m,n; if(!o)o=document; if(o.getElementById) el=o.getElementById(id);
339   else if(o.layers) c=o.layers; else if(o.all) el=o.all[id]; if(el) return el;
340   if(o.id==id || o.name==id) return o; if(o.childNodes) c=o.childNodes; if(c)
341   for(n=0; n<c.length; n++) { el=FP_getObjectByID(id,c[n]); if(el) return el; }
342   f=o.forms; if(f) for(n=0; n<f.length; n++) { els=f[n].elements;
     for(m=0; m<els.length; m++){ el=FP_getObjectByID(id,els[n]); if(el) return el; } }
343
344   return null;
345  }
346  -->
347
348  </script>
349  <script type="text/javascript" language="JavaScript1.2" src="menu/menu.js"></script>
350
351
352  <link rel="stylesheet" type="text/css" href="style.css">
353
354  <style type="text/css">
355  .style_t1 {
356          background-image: url('images/design/middle.jpg');
357  }
358  .style_t4 {
359          border-width: 0px;
360  }
361  .style_t2 {
362          text-align: center;
363  }
364  .style_t5 {
365          background-image: url('images/design/bottom.jpg');
366          text-align: center;
367  }
368  .style_t6 {
369          background-image: url('images/design/quick_contact.gif');
370          background-repeat: no-repeat;
371          background-position: right;
372          text-align: center;
373          width: 275
374  }
375  .style_t9 {
376          text-align: right;
377  }
378  .style_t11 {
379          background-image: url('images/design/middle.jpg'); background-position:center
380
381  }
382  .style1 {
383          border-style: solid;
```

```
384                border-width: 0;
385        }
386    </style>
387
388    </head>
389
390    <body style="background-color: #3E788E; background-repeat: no-repeat; background-image:
       url('images/design/page_bg.jpg'); background-position: center top"
391
392    onload="FP_preloadImgs(/*url*/'images/design/buttons/office2.gif',/*url*/'images/design/but
       tons/hours2.gif',/*url*/'images/design/button1_b.gif',/*url*/'images/design/veneer2.gif',/*
       url*/'images/design/buttons/6month2.gif',/*url*/'images/design/buttons/lumineers2.gif')">
393
394    <p>
395    <table align="center" cellpadding="0" cellspacing="0" style="width: 1000">
396        <tr>
397                <td class="style_t2">
398                    <!-- #BeginEditable "header" -->
399                    <!-- Start WOWSlider.com BODY section -->
400        <div id="wowslider-container1">
401        <div class="ws_images">
402    <span><img src="data1/images/flash1.jpg" alt="flash1" title="flash1" id="wows0"/></span>
403    <span><img src="data1/images/flash2.jpg" alt="flash2" title="flash2" id="wows1"/></span>
404    <span><img src="data1/images/flash3.jpg" alt="flash3" title="flash3" id="wows2"/></span>
405    <span><img src="data1/images/flash4.jpg" alt="flash4" title="flash4" id="wows3"/></span>
406    <span><img src="data1/images/flash5.jpg" alt="flash5" title="flash5" id="wows4"/></span>
407    </div>
408    <a style="display:none" href="/web/20120727015521/http://wowslider.com/">Images Slider
       jQuery by WOWSlider.com v2.0</a>
409        </div>
410            <script type="text/javascript" src="engine1/script.js"></script>
411        <!-- End WOWSlider.com BODY section -->
412                    <!-- #EndEditable --></td>
413        </tr>
414        <tr>
415                <td class="style_t11">
416                    <table align="center" style="width: 1000">
417                        <tr>
418                                <td colspan="2">
419                                <table style="width: 980px" align="center"
       cellpadding="0px" cellspacing="0">
420                                    <tr>
421                                        <td style="height: 30px;" class="style_t2">
422                                        <a href="index.html">
423                                        <img src="images/design/buttons/home1.gif"
       alt="Premier Dental Team" id="img13" class="style_t4" onmouseout="FP_swapImgRestore()"
       onmouseover="FP_swapImg(0,1,/*id*/'img13',/*url*/'images/design/buttons/home2.gif')"></a>
       </td>
424                                        <td style="height: 30px;" align="center">
425                                        <a href="doctor.htm">
426                                        <img src="images/design/buttons/team1.gif"
       alt="Dental Services in Bordertown" id="img14" class="style_t4"
       onmouseout="FP_swapImgRestore()"
       onmouseover="FP_swapImg(0,1,/*id*/'img14',/*url*/'images/design/buttons/team2.gif')"></a>
       </td>
427                                        <td style="height: 30px;" class="style_t2">
428                                        <a href="service.htm">
429                                        <img
       src="images/design/buttons/services1.gif" alt="Premier Dental in Bordertown" id="img15"
       class="style_t4" onmouseout="FP_swapImgRestore()"
       onmouseover="FP_swapImg(0,1,/*id*/'img15',/*url*/'images/design/buttons/services2.gif')">
```

```
430   </a></td>
431                                          <td style="height: 30px;" class="style_t2">
432                                          <a href="why.htm">
                                             <img src="images/design/buttons/why1.gif"
      alt="Why Choose Premier Dental" id="img16" class="style_t4"
      onmouseout="FP_swapImgRestore()"
      onmouseover="FP_swapImg(0,1,/*id*/'img16',/*url*/'images/design/buttons/why2.gif')"></a>
      </td>
433                                          <td style="height: 30px;" class="style_t2">
434                                          <a href="testimonials.htm">
435                                          <img
      src="images/design/buttons/testimonials1.gif" alt="Testimonials for Premier Dental"
      id="img17" class="style_t4" onmouseout="FP_swapImgRestore()"
      onmouseover="FP_swapImg(0,1,/*id*/'img17',/*url*/'images/design/buttons/testimonials2.gif')
      "></a></td>
436                                          <td style="height: 30px;" class="style_t2">
437                                          <a href="z_education.htm">
438                                          <img
      src="images/design/buttons/education1.gif" alt="Premier Dental Education" id="img18"
      class="style_t4" onmouseout="FP_swapImgRestore()"
      onmouseover="FP_swapImg(0,1,/*id*/'img18',/*url*/'images/design/buttons/education2.gif')">
      </a></td>
439                                          <td style="height: 30px;" class="style_t2">
440                                          <a href="direction.htm">
441                                          <img
      src="images/design/buttons/direction1.gif" alt="Directions to Premier Dental" id="img19"
      class="style_t4" onmouseout="FP_swapImgRestore()"
      onmouseover="FP_swapImg(0,1,/*id*/'img19',/*url*/'images/design/buttons/direction2.gif')">
      </a></td>
442                                          <td style="height: 30px;" class="style_t2">
443                                          <a href="request.htm">
444                                          <img
      src="images/design/buttons/appointment1.gif" alt="Appointment for Premier Dental in
      Bordertown" id="img20" class="style_t4" onmouseout="FP_swapImgRestore()"
      onmouseover="FP_swapImg(0,1,/*id*/'img20',/*url*/'images/design/buttons/appointment2.gif')"
      ></a></td>
445                                                  </tr>
446                                          </table>
447                                          </td>
448                                  </tr>
449                                  <tr>
450                                          <td valign="top">
451                                          <table align="center" style="width: 675">
452                                           <tr><td> </td></tr>
453                                                  <tr>
454                                                  <td><!-- #BeginEditable "content" -->
455
456
457                                                  <h1>Dentist in Bordentown, New Jersey
458
459   </h1>
460
461   <p>
462
463   The Bordentown, NJ community is the home of Premier Dental.
464
465
466
467   <p>
468
```

```
469
470
471   Choosing the right dentist is an important decision for you and your family.   At Premier
      Dental, we take great pride in our ability to make each patient comfortable and relaxed
      while receiving excellent dental care.
472
473
474
475
476
477   <p>
478
479   <a href=doctor.htm>Dr. Hema Gopal</a> has been in professional practice since 1996.  She
      and her husband Peter have built a team which is service-oriented and responsive.
480
481   <p>
482
483   Through the use of modern technology and constantly updated clinical skills, we are able to
      meet your needs for a healthy and beautiful smile. We use low-radiation
484   <a href="z_digital_xrays.htm">digital X-rays</a> and also screen for oral cancer using
      ViziLite&trade; chemiluminescence technology.
485
486   <p>
487
488
489
490   Our practice offers basic procedures ranging from routine cleanings and exams to
491   <a href="z_composite.htm">tooth colored fillings</a>, r<a href="z_root_canal.htm">oot canal
      therapy</a>,
492   <a href="z_crowns.htm">crowns and bridges</a>, <a href="z_dentures.htm">dentures</a>, and
      gum therapy.
493
494
495
496   <p>
497
498   Our practice also offers some of the most advanced options for Adult Orthodontics, Prep or
      No-Prep Veneers, and Tooth Whitening.
499
500                                              <table align="right" style="width: 58%">
501                                                  <tr>
502                                                      <td>
503   <script id='my_vsp'
      src='/web/20120727015521js_/http://yourvideopartner.com/client/ip_player.js?
      swf=http://yourvideopartner.com/client/new_main.swf&amp;flv=http://flash.yourvideopartner.c
      om/complete/1202215.flv&amp;start=normal&amp;close=close&amp;play_when=1&amp;align_right=tr
      ue&amp;show_loading=no&amp;width=480&amp;height=360&amp;vlm=80&amp;x_off=175'></script>
504   </td>
505                                                  </tr>
506                                              </table>
507
508   <ul>
509
510   <li><a href=6monthsmiles.htm>6 Month Smiles&trade;</a>
511
512   <li><a href="z_lumineers.htm">Lumineers&trade;
513
514   </a>
515
516   <li><a href="z_veneers.htm">Traditional Veneers
517
```

Case 1:15-cv-03557-JEI-AMD Document 1 Filed 05/26/15 Page 40 of 57 PageID: 40

```
518  </a>
519
520  <li><a href="z_kor_whitening.htm">KöR Deep Bleaching&trade; System
521
522  </a>
523
524  </ul>
525
526  <p>
527
528  For your convenience, the office is open evenings and alternate Saturdays.
529
530
531
532
533
534  <table style="width: 100%" cellpadding="3" cellspacing="1">
535          <tr>
536                  <td style="width: 294px">
537
538  <table cellpadding=2 cellspacing=2 border=0>
539
540  <tr>
541
542  <td align="right" bgcolor=#c4e9f8>Monday:</td>
543
544  <td bgcolor=#c4e9f8>9:30 am - 6:30 pm</td>
545
546  </tr>
547
548
549  <tr>
550
551  <td align="right" bgcolor=#c4e9f8>Tuesday:</td>
552
553  <td bgcolor=#c4e9f8>9:30 am - 6:30 pm</td>
554
555  </tr>
556
557  <tr>
558
559  <td align="right" bgcolor=#c4e9f8>Alternate Wednesdays:</td>
560
561  <td bgcolor=#c4e9f8>11:00 am - 5:00 pm</td>
562
563  </tr>
564
565
566  <tr>
567
568  <td align="right" bgcolor=#c4e9f8>Thursday:</td>
569
570  <td bgcolor=#c4e9f8>7:30 am - 4:30 pm</td>
571
572  </tr>
573
574  <tr>
575
576  <td align="right" bgcolor=#c4e9f8>Alternate Saturdays:</td>
```

```
577
578    <td bgcolor=#c4e9f8>8:00 am - 2:00 pm</td>
579
580    </tr>
581
582    </table>
583
584                    </td>
585                    <td valign="top">
586                        <ul>
587            <li>Emergencies Welcome</li>
588            <li>Major Credit Cards Accepted</li>
589            <li>6-month or 12-month Interest-Free Financing for Qualified Patients</li>
590          </ul>
591
592                    </td>
593            </tr>
594    </table>
595
596
597
598
599
600
601
602
603                                    <!-- #EndEditable -->
604                                    </td>
605                            </tr>
606                        </table>
607                    </td>
608                    <td class="style_t2" style="width: 281" valign="top">
609                        <table style="width: 268px; height: 451px;">
610                            <tr>
611                                <td class="style_t2" style="width: 262px">
612                                <a href="wellnesshour-video.htm">
613                                <img alt="Dr. Gopal's Interview with the
       Wellness Hour" height="205" src="images/design/video.jpg" width="281" class="style_t4"
       style="margin-top:15px; margin-bottom:15px"></a></td>
614                                </tr>
615                                <tr>
616                                <td class="style_t6" style="width: 262;
       height: 226" valign="top">
617                                <table style="width: 100%; height: 180px;">
618                                    <tr>
619                                        <td style="height: 38px">
620                                        </TD></TR>
621                                    <tr>
622                                        <td class="style_t2">
623                    <form name="QuickContactForm" method="POST"
       onsubmit="return formValidator()"
       action="/web/20120727015521/http://www.solution21inc.com/Util/sendemail.php" style="margin-
       right:3px">
624                                <input type="hidden" name="subject" value="Information
       Request for Dr. Hema Gopal">
625                                    <input type="hidden" name="redirect"
       value="thank_you.htm">
626                                <input maxlength="30" name="Patient_Name" size="26"
       type="text" value="Name" onblur="clickrecall(this,'Name')" onfocus="clickclear(this,
       'Name')" name=Patient_Name style="height: 22px; width: 190px; margin-bottom:5px"><br />
```

```
627                                        <input maxlength="40" name="Email"
     size="26" type="text" value="Email" onblur="clickrecall(this,'Email')"
     onfocus="clickclear(this, 'Email')" name=Email style="height: 22px; width: 190px; margin-
     bottom:5px"><br />
628                                        <input maxlength="40"
     name="Telephone" size="26" type="text" value="Telephone"
     onblur="clickrecall(this,'Telephone')" onfocus="clickclear(this, 'Telephone')"
     name=Telephone style="height: 22px; width: 190px; margin-bottom:5px"><br />
629                                        <textarea name="Comments"
     value="Comments"  onblur="clickrecall(this,'Comments')" onfocus="clickclear(this,
     'Comments')" style="height: 32px; width: 190px; margin-bottom:5px">Comments</textarea><br
     />
630                                        <input name="Contact" type="submit"
     value="Submit" style="border-color: #fff">
631                                    </form>
632                                </td>
633                            </tr>

635                    </table>
636                                    </td>
637                                </tr>
638                            </table>
639                            <table style="width: 100%">
640                                <tr>
641                                    <td class="style_t2">
642                                        <a
     href="/web/20120727015521/http://www.facebook.com/BordentownDentist" target="_blank">
643                                            <img class="style1" height="43"
     src="images/fb.gif" width="211"></a></td>
644                                    </tr>
645                                </table>
646                                </td>
647                            </tr>
648                        </table>
649                        </td>
650                    </tr>
651                    <tr>
652                        <td class="style_t5" style="height: 232" valign="bottom">
653                        <table style="width: 900; height: 160" align="center">
654                            <tr>
655                                <td class="style_t2" valign="top" style="height: 95px">
656                                    <a href="6monthsmiles.htm">
657                                        <img id="img8" align="top" alt="6 month smiles in
     Bordentown" class="style_t4" height="42" onmouseout="FP_swapImgRestore()"
     onmouseover="FP_swapImg(1,1,/*id*/'img8',/*url*/'images/design/buttons/6month2.gif')"
     src="images/design/buttons/6month1.gif" width="188"></a></td>
658                                <td class="style_t2" valign="top" style="height: 95px">
659                                    <a href="z_lumineers.htm">
660                                        <img id="img12" alt="Lumineers in Bordentown"
     class="style_t4" height="42" onmouseout="FP_swapImgRestore()"
     onmouseover="FP_swapImg(1,1,/*id*/'img12',/*url*/'images/design/buttons/lumineers2.gif')"
     src="images/design/buttons/lumineers1.gif" width="188"></a></td>
661                                <td class="style_t2" valign="top" style="height: 95px;
     width: 235px;">
662                                    <a href="z_crowns.htm">
663                                        <img id="img10" align="top" alt="Crowns in Bordentown"
     style="margin-right:14px" class="style_t4" height="42" onmouseout="FP_swapImgRestore()"
     onmouseover="FP_swapImg(0,1,/*id*/'img10',/*url*/'images/design/buttons/crowns2.gif')"
     src="images/design/buttons/crowns1.gif" width="188"></a></td>
664                                <td valign="top"><a href="z_kor_whitening.htm">
665                                        <img id="img11" alt="Kor Deep Bleaching in Bordentown"
```

```
            class="style_t4" height="42" onmouseout="FP_swapImgRestore()"
            onmouseover="FP_swapImg(0,1,/*id*/'img11',/*url*/'images/design/buttons/kor2.gif')"
            src="images/design/buttons/kor.gif" width="188"></a></td>
666                             </tr>
667                             <tr>
668                                 <td class="style_t2" valign="top" colspan="3">
669                                 <table style="width: 100%">
670                                     <tr>
671                                         <td class="style_t9" style="width: 235px">
672                                          </td>
673
674                                         <td>
675                                 <p class="style_t2">Serving the Bordentown, Hamilton,
            Trenton, Columbus, Florence<br>Burlington & Fort Dix Areas in New Jersey<br>
676                                         <a
            href="/web/20120727015521/http://www.solution21.com/web_design/website-design/dentist-
            websites.htm">Dental Website</a> by Solution21 -
677                                         <a href="legal.htm">Legal Notices</a> - <a
            href="sitemap.htm">Sitemap</a></p>
678                                         </td>
679                                     </tr>
680                                 </table>
681                                 </td>
682                             </tr>
683                         </table>
684                         </td>
685                     </tr>
686             </table>
687             </p>
688
689             </body>
690
691             </html>
692
693
694
695
696
697             <!--
698                 FILE ARCHIVED ON 1:55:21 Jul 27, 2012 AND RETRIEVED FROM THE
699                 INTERNET ARCHIVE ON 21:03:35 Mar 11, 2015.
700                 JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.
701
702                 ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
703                 SECTION 108(a)(3)).
704             -->
705
```

# EXHIBIT  C

```
/*
      FILE ARCHIVED ON 21:40:27 Dec 20, 2013 AND RETRIEVED FROM THE
      INTERNET ARCHIVE ON 21:08:31 Mar 11, 2015.
      JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.

      ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
      SECTION 108(a)(3)).
*/
function parseGetVars(url) {
        var map = {};
        var parts = url.replace(/[?&]+([^=&]+)=([^&]*)/gi, function(m,key,value) {
        map[key] = value;
        });
        return map;
}
var getVars = parseGetVars(document.getElementById('my_vsp').src);

var my_swf = getVars['swf'];
var vsp_flv = getVars['flv'];
var vsp_flv2 = getVars['flv2'];

var x_off = getVars['x_off'];


        var ma_a = getVars['width'] / 480;
        var ma_b = 200 * ma_a;
        var w = Math.round(ma_b);

        var ma_c = w / 200;
        var ma_d = 150 * ma_c;
        var h = Math.round(ma_d);
//var w = 200;
//var h = 150;

/* Playback Parameters */
if(getVars['start'] == 'mini')
{
        var shrink_on_start = 'yes';
}
else
{
        var shrink_on_start = 'no';
}

if(getVars['close'] == 'shrink')
{
        var shrink_on_end = 'yes';
        var shrink_on_stop = 'yes';
        var close_on_end = 'no';
        var close_on_stop = 'no';
}
else
{
        var shrink_on_end = 'no';
        var shrink_on_stop = 'no';
```

Case 1:15-cv-03657-JES-AMD Document 1 Filed 05/26/15 Page 46 of 57 PageID: 46

```
                var close_on_end = 'yes';
                var close_on_stop = 'yes';
        }

        if(getVars['show_loading'] == '')
        {
                var show_loading = 'yes';
        }
        else
        {
                var show_loading = getVars['show_loading'];
        }


        if(getVars['vlm'] == '')
        {
                var vlm = 80;
        }
        else
        {
                var vlm = getVars['vlm'];
        }

        var vlm = getVars['vlm'];


        var ip_mv4 = vsp_flv.replace('.flv','.m4v');

        //alert(ip_mv4);
        var autoplay = '';
        if(shrink_on_start == 'yes'){
                autoplay = '';
        }
        else{
                autoplay = 'autoplay="autoplay"';
        }

        if (navigator.userAgent.match(/like Mac OS X/i)) {
                if(getVars['align_right'] == 'true'){
                document.write('<div id="iosbox" style="width:480px; height:400px; position:fixed;
        background:url(/web/20131220214027/http://tweople.com/graphics/ios_box_right.png); right:0;
        bottom:0;"></div><div id="iosvideo" style="width:380px; height:380px; overflow:hidden;
        position:fixed; right:0; bottom:9px;" align="center"><video id="html5" class="html5"
        src="'+ip_mv4+'" height="360" width="390" controls="controls" '+autoplay+'></video></div><a
        href=\'javascript: document.getElementById("iosbox").style.display = "none";
        document.getElementById("iosarrow").style.display = "none";
        document.getElementById("iosvideo").style.display = "none";
        document.getElementById("html5").pause();\' style="text-decoration:none"><div id="iosarrow"
        style="width:60px; height:60px; position:fixed; z-index:99999; right:400px; bottom:170px;">
        <img src="/web/20131220214027/http://tweople.com/images/closetab_right.png"></div></a>');
                }
                else{
                document.write('<div id="iosbox" style="width:480px; height:400px; position:fixed;
        background:url(/web/20131220214027/http://tweople.com/graphics/ios_box.png); left:0; bottom:0;"></div>
        <div id="iosvideo" style="width:380px; height:380px; overflow:hidden; position:fixed; left:0;
        bottom:9px;" align="center"><video id="html5" class="html5" src="'+ip_mv4+'" height="360"
        width="390" controls="controls" '+autoplay+'></video></div><a href=\'javascript:
        document.getElementById("iosbox").style.display = "none";
        document.getElementById("iosarrow").style.display = "none";
        document.getElementById("iosvideo").style.display = "none";
        document.getElementById("html5").pause();\' style="text-decoration:none"><div id="iosarrow"
```

```
        style="width:60px; height:60px; position:fixed; z-index:99999; left:400px; bottom:170px;"><img
        src="/web/20131220214027/http://tweople.com/images/closetab.png"></div></a>');
                }

        } else {




        /*
                Switch Mode:
                1: Sequential
                2: Random
        */
        var switchMode = 2;

        /* Date Range:
                If set to false, the optional date range parameter is ignored
                If set to true .. the swf is only displayed if it falls on that reange.
        */
        var useDateRange = false;

        /*
                Properties are specified as follows:
                'url,width,height,lf_Position, lf_Position_Dynamic, lf_OffSet_Top_Position,
        lf_OffSet_Left_Position,right_align,play_when,start_date,end_date,small_width, small_height'
                play_when: 1=any, 2=first visit only, 3=subsequent visits
                date format: {m/d/y H:M} e.g. {9/1/09 13:15} or just the time {9:30}. if blank, just
        use {}
        */
        var arr_GLOBAL_SOURCE = new Array
        (
                my_swf+','+getVars['width']+','+getVars['height']+',3,3,0,0,'+getVars['align_right']+'
        ,'+getVars['play_when']+',{},{},'+w+','+h

        );
        /* End Properties */




        /*
        YHeads-Player playerbase .JS file.
        Version 1.5.0.0
        Last Modified: 11/29/2009
        */



        /* BEGIN --- cookie functions */

        var firstVisit = true;

        function getCookie(c_name) {
                if (document.cookie.length>0) {
                        c_start=document.cookie.indexOf(c_name + "=");
                        if (c_start!=-1) {
                                firstVisit = false;
                                c_start=c_start + c_name.length+1;
                                c_end=document.cookie.indexOf(";",c_start);
                                if (c_end==-1)
                                        c_end=document.cookie.length;
```

```
                                        return unescape(document.cookie.substring(c_start,c_end));
                }
        }
        return "";
}

function setCookie(c_name,value,expiredays) {
        var exdate=new Date();
        exdate.setDate(exdate.getDate()+expiredays);
        document.cookie=c_name+ "=" +escape(value)+((expiredays==null) ? "" :
";expires="+exdate.toGMTString());
}

var cookieName = "swfID";
var cookieVal = getCookie(cookieName);
var swfIndex = 0;

/* END --- cookie functions */


/* START --- Date Check functions */
function validRange(s, e) {
        if ( !s && !e ) {
                return false;
        }
        var v = false;
        if ( s ) {
                v = validDate(s,true)
        }
        if ( e ) {
                var v_e = validDate(e,false)
                if ( v ) {
                        v = v_e;
                }
        }
        return v;
}

function validDate(dt,s) { //yy,mm,dd,hh,mm,ss

        if (!dt)
                return false;

        var today = new Date();

        dt = dt.replace('{', '');
        dt = dt.replace('}', '');
        var y = 0;
        var m = 0;
        var d = 0;
        var hh = 0;
        var mm = 0;

        var arr_dt = dt.split(' ');
        if ( arr_dt[0].split('/')[2]) {
                y = arr_dt[0].split('/')[2];
                m = arr_dt[0].split('/')[0] - 1;
                d = arr_dt[0].split('/')[1];
                if (arr_dt[1]) {
                        hh = arr_dt[1].split(':')[0];
                        mm = arr_dt[1].split(':')[1];
```

Case 1:15-cv-03557-JES-AMD Document 1 Filed 05/26/15 Page 49 of 57 PageID: 49

```
                }
                var v_dt = new Date(y, m, d, hh, mm ,0);
        }
        else if (arr_dt[0].split(':')[1]) { // only time is specified
                y = today.getFullYear();
                m = today.getMonth();
                d = today.getDate();
                hh = arr_dt[0].split(':')[0];
                mm = arr_dt[0].split(':')[1];
                var v_dt = new Date(y, m, d, hh, mm ,0);
        }


        var days = 0;
        var difference = 0;



        var v_dt = new Date(y, m, d, hh, mm ,0);
        //alert(v_dt.toString());
        difference = v_dt - today;

        days = Math.round(difference/(1000*60*60*24));

        //alert(dt + ' - ' + difference);
        //y + ', ' + m + ', ' + d + ', ' + hh + ', ' + mm + ', 0');
        //alert(v_dt + ' - ' + today + ' - ' + dt + ' - ' + days);

        if (difference < 0 && s) {
                return true;
        }
        else if(difference > 0 && !s) {
                return true;


        }
        return false;
}

/* END ------ Date Check functions */

var arr_GLOBAL = new Array();

if (useDateRange) {
        for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
                var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
                if ( validRange(arr_prop[9], arr_prop[10]) ) {
                        arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
                }
        }

        // if no dates are valid... just pick up the swfs with no date
        if (arr_GLOBAL.length == 0) {
                for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
                        var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
                        if ( !arr_prop[9] && !arr_prop[10] ) {
                                arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
                        }
                }
        }
}

// at this point, arr_GLOBAL should have valid swfs by date
// narrow down the source to just the filtered videos
```

```
if (arr_GLOBAL.length > 0) {
        arr_GLOBAL_SOURCE = arr_GLOBAL;
        arr_GLOBAL = new Array();
}

// now filter by visit
for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
        var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
        if ( firstVisit && (arr_prop[8] == 1 || arr_prop[8] == 2) ) {
                arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
        }
        else if ( firstVisit == false && (arr_prop[8] == 1 || arr_prop[8] == 3) ) {
                arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
        }
}

// if no movies quality, then ignore previous filter
/*
if (arr_GLOBAL.length > 0) {
        arr_GLOBAL = arr_GLOBAL_SOURCE;
}
*/

if ( cookieVal.length > 0 ) {

        if (switchMode == 1) {
                swfIndex = Math.round(cookieVal) + 1;
                if (swfIndex >= arr_GLOBAL.length) {
                        swfIndex = 0;
                }
        }
        else {
                swfIndex = Math.floor(Math.random()*(arr_GLOBAL.length))
        }
}

//alert('cookieVal: ' + cookieVal + '\nswitchMode: ' + switchMode + '\narr_GLOBAL: ' +
arr_GLOBAL + '\nswfIndex: ' + swfIndex);

setCookie(cookieName, swfIndex, 1);

if(cookieVal.length > 0 && getVars['play_when'] == 2) { }
else {
        var arr_SwfInfo = arr_GLOBAL[swfIndex].split(',');

        var lf_URL = arr_SwfInfo[0];
        var GLOBAL_WIDTH = arr_SwfInfo[1];
        var GLOBAL_HEIGHT = arr_SwfInfo[2];
        var lf_Position = arr_SwfInfo[3];
        var lf_Position_Dynamic = arr_SwfInfo[4];
        var lf_OffSet_Top_Position = arr_SwfInfo[5];
        var lf_OffSet_Left_Position = arr_SwfInfo[6];
        var rt_Align = arr_SwfInfo[7];
        var sm_GLOBAL_WIDTH = arr_SwfInfo[11];
        var sm_GLOBAL_HEIGHT = arr_SwfInfo[12];
        var lf_ID = '01010';
        var lfVersion = -1;
        var arrNavInfo = [];
        var lfString;
        var viewState = 1;
```

```
if ( shrink_on_start == undefined ) {
        shrink_on_start = "yes";
}
if ( shrink_on_stop == undefined ) {
        shrink_on_stop = "yes";
}
if ( close_on_stop == undefined ) {
        close_on_stop = "no";
}
if ( shrink_on_end == undefined ) {
        shrink_on_end = "yes";
}
if ( close_on_end == undefined ) {
        close_on_end = "no";
}
if ( show_loading == undefined ) {
        show_loading = "yes";
}

var divID = 'div' + lf_ID;

arrNavInfo.navprop = navigator.userAgent.toLowerCase();

if (navigator.vendor == 'KDE' || ( document.childNodes && ( !document.all ||
navigator.accentColorName ) && !navigator.taintEnabled )) {
    arrNavInfo[0] = 'kde';
    arrNavInfo[1] = 'Safari';
} else if (window.opera && document.childNodes) {
    arrNavInfo[0] = 'opr';
    arrNavInfo[1] = 'Opera';
} else if (navigator.appName.indexOf('WebTV') + 1) {
    arrNavInfo[0] = 'wtv';
    arrNavInfo[1] = 'WebTV';
} else if (navigator.product == 'Gecko') {
    arrNavInfo[0] = 'gek';
    arrNavInfo[1] = 'Gecko engine (Mozilla, Netscape 6+ etc.)';
} else if (document.getElementById) {
    arrNavInfo[0] = 'ie';
    arrNavInfo[1] = 'Internet Explorer 5+';
} else {
    arrNavInfo[0] = 'na';
    arrNavInfo[1] = 'an unknown browser';
}
if (navigator.plugins != null && navigator.plugins.length > 0)
{
    if (navigator.plugins['Shockwave Flash 2.0'] || navigator.plugins['Shockwave Flash']) {
        var swVer2 = navigator.plugins['Shockwave Flash 2.0'] ? ' 2.0' : '';
        var lfDescription = navigator.plugins['Shockwave Flash' + swVer2].description;
        var descArray = [];
        var tempArrayMajor = [];
        var versionMajor = [];
        var tempArrayMinor = [];
        var versionMinor;
        descArray = lfDescription.split(' ');
        tempArrayMajor = descArray[2].split('.');
        versionMajor = tempArrayMajor[0];
        if (descArray[3] != '') {
            tempArrayMinor = descArray[3].split('r');
        } else {
```

```
                        tempArrayMinor = descArray[4].split('r');
                    }
                    versionMinor = tempArrayMinor[1] > 0 ? tempArrayMinor[1] : 0;
                    lfVersion = parseFloat(versionMajor + '.' + versionMinor);
                }
        } else {
            for (var i = 8; i < 20; i++)
            {
                try {
                    var objFlash = new ActiveXObject('ShockwaveFlash.ShockwaveFlash.' + i);
                    if (objFlash) {
                        lfVersion = i;
                    }
                } catch(e) {}
            }
        }

    function initVideo() {
            showLFOW_Video();
    }

        if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
            try {
                if (window.addEventListener) window.addEventListener('load', initVideo, false);
                else if (window.attachEvent) window.attachEvent('onload', initVideo);
            } catch(e) {
                showLFOW_Video();
            }
        } else {
            showLFOW_Video();
        }

    function showLFOW_Video()
    {
        if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
            try {
                var lfDiv = document.createElement('div');
                if (lfDiv === undefined) {
                    lf_Position = 'err';
                } else if (lfDiv == null) {
                    lf_Position = 'err';
                } else {
                    if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode
    == "BackCompat") { //this line added by corey 02/23/2010
                            lfDiv.id = divID;
                    lfDiv.style.position = 'absolute';
                    lfDiv.style.zIndex = 9999;
                    lfDiv.style.left = 0;
                    lfDiv.style.top = 0;
                    lfDiv.style.height = GLOBAL_HEIGHT;
                    lfDiv.style.width = GLOBAL_WIDTH;
                    lfDiv.style.visibility = 'visible';
                            lfDiv.style.overflow = 'hidden';
                    //lfDiv.style.overflow = 'hidden';
                            }/////////This area added by corey 02/23/2010
                            else { ///////////////////////////////
                    lfDiv.id = divID; ///////////////////////
                    lfDiv.style.position = 'fixed'; //////
                    lfDiv.style.zIndex = 9999; ///////////
                    lfDiv.style.left = 0; ///////////////
                    lfDiv.style.bottom = 0; //////////////
```

```
                              lfDiv.style.height = GLOBAL_HEIGHT; //
                              lfDiv.style.width = GLOBAL_WIDTH; ////
                              lfDiv.style.visibility = 'visible'; //
                              lfDiv.style.overflow = 'hidden';
                              //lfDiv.style.overflow = 'hidden'; /////
                              }///////////////////////////////////
                  }
            } catch(e) {
                  lf_Position = 'err';
            }
      }
      makeScript()
      if ((lf_Position !== 2) && (lf_Position !== 'err') && (arrNavInfo[0] !== 'na')) {
            lfDiv.innerHTML = lfString;
            document.body.appendChild(lfDiv);
      } else if (lf_Position !== 2) {
            if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode ==
"BackCompat")
                        {
                              document.write( '<div id="' + divID +'" style="overflow:hidden;
position: absolute;z-index: 999;left: 0px;top: 0px;height: '+ GLOBAL_HEIGHT +'px;width: '+
GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
                        }
                        else
                        {
                              document.write( '<div id="' + divID +'" style="overflow:hidden;
bottom:0px left:0px; z-index: 999; top:0px; height: '+ GLOBAL_HEIGHT +'px;width: '+
GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
                        }


      }
            else {


                  if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode
== "BackCompat")
                        {
                              document.write( '<div id="' + divID +'" style="overflow:hidden;
position: relative;z-index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' +
lf_OffSet_Top_Position + 'px;height: '+ GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+
lfString +'</div>' );
                        }
                        else
                        {
                              document.write( '<div id="' + divID +'" style="overflow:hidden;
bottom:0px z-index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' +
lf_OffSet_Top_Position + 'px; height: '+ GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+
lfString +'</div>' );
                        }
      }


      switch (arrNavInfo[0]) {
            case 'ie':
                  if (window.onscroll === undefined) {
                        window.setInterval('ScrollHnd()', 30);
                  } else {
                        window.onscroll = ScrollHnd;
                  }
                              window.onresize = moveVid;
                              //window.onscroll = ScrollHnd;
                  //window.onresize = ScrollHnd;
                  //window.setInterval('ScrollHnd()', 30);
```

```
                  break;
              case 'gek':
                  if (window.onscroll === undefined) {
                      window.setInterval('ScrollHnd()', 30);
                  } else {
                      window.onscroll = ScrollHnd;
                  }
                                  window.onresize = moveVid;
              break;
              case 'opr':
                  window.onscroll = ScrollHnd;
                  window.onresize = ScrollHnd;
              break;
              case 'kde':
                  window.onscroll = ScrollHnd;
                  window.onresize = ScrollHnd;
              break;
              case 'wtv':
                  if (window.onscroll === undefined) {
                      window.setInterval('ScrollHnd()', 30);
                  } else {
                      window.onscroll = ScrollHnd;
                      window.onresize = ScrollHnd;
                  }
              break;
          }
          ScrollHnd();

}
function ScrollHnd()
{
    var divScroll;
    var wnd;
    var screenWd = 0;
    var screenHt = 0;
    var screenX = 0;
    var screenY = 0;
    var objDoc;
    var divLeft = 0;
    var divTop = 0;

    objDoc = document;
    wnd = window;

    if (objDoc.getElementById) {
        divScroll = objDoc.getElementById(divID);
        if (divScroll.style) {
            divScroll = divScroll.style;
        }
    }
    if (window.innerHeight)
    {
        screenHt = wnd.innerHeight;
        screenWd = wnd.innerWidth;
    }
    else if (objDoc.documentElement && ( objDoc.documentElement.clientWidth ||
objDoc.documentElement.clientHeight ))
    {
        screenWd = objDoc.documentElement.clientWidth;
        screenHt = objDoc.documentElement.clientHeight;
```

```
                }
        else if (objDoc.body && ( objDoc.body.clientWidth || objDoc.body.clientHeight ))
        {
                screenWd = objDoc.body.clientWidth;
                screenHt = objDoc.body.clientHeight;
        }
        if (window.innerHeight)
        {
                screenY = wnd.pageYOffset;
                screenX = wnd.pageXOffset;
        }
        else if (objDoc.body && ( objDoc.body.scrollLeft || objDoc.body.scrollTop ))
        {
                screenY = objDoc.body.scrollTop;
                screenX = objDoc.body.scrollLeft;
        }
        else if (objDoc.documentElement && ( objDoc.documentElement.scrollLeft ||
objDoc.documentElement.scrollTop ))
        {
                screenY = objDoc.documentElement.scrollTop;
                screenX = objDoc.documentElement.scrollLeft;
        }
        divLeft = divLeft;
                        if (rt_Align == 'true') /*** added 9/22/09 ***/
                                divLeft += screenX;
        divTop = divTop + screenY;
        divLeft = divLeft;
                        if (rt_Align == 'true'){  /*** added 9/22/09 : Modified 11/30/09 ***/
                                if (viewState == 1) {
                                        divLeft += (screenWd - GLOBAL_WIDTH);
                                }
                                else {
                                        divLeft += (screenWd - sm_GLOBAL_WIDTH - 30);
                                }
                        }
                        if (viewState == 1) {
                divTop = divTop + (screenHt - GLOBAL_HEIGHT);
                        }
                        else {
                divTop = divTop + (screenHt - GLOBAL_HEIGHT) + (GLOBAL_HEIGHT - sm_GLOBAL_HEIGHT);
                        }
        divScroll.left = divLeft + 'px';
                if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode ==
"BackCompat")
                {
        divScroll.top = divTop + 'px';
                }
}
function makeScript()
{
        lfString = "<object classid='clsid:d27cdb6e-ae6d-11cf-96b8-444553540000' width='" +
GLOBAL_WIDTH + "' height='" + GLOBAL_HEIGHT + "' id='obj" + lf_ID + "' align='middle'
codebase='/web/20131220214027/https://download.macromedia.com/pub/shockwave/cabs/flash/swflash
.cab#version=8,0,24,0' >";
        lfString += "<param name='movie' value='" + lf_URL + "' />";
        lfString += "<param name='quality' value='high' />";
        lfString += "<param name='wmode' value='transparent' />";
        lfString += "<param name='flashvars'
value='cc="+getVars['cc']+"&x_off="+x_off+"&vlm="+vlm+"&flv_loc="+vsp_flv+"&shrink_on_start="
+ shrink_on_start + "&shrink_on_stop=" + shrink_on_stop + "&close_on_stop=" + close_on_stop +
"&shrink_on_end=" + shrink_on_end + "&close_on_end=" + close_on_end + "&show_loading=" +
```

```
show_loading + "' />";
    lfString += "<param name='allowScriptAccess' value='always' />";
    lfString += "<param name='loop' value='false' />";
    lfString += "<embed src='" + lf_URL +"' allowScriptAccess='always' quality='high'
wmode='transparent'
flashvars='cc="+getVars['cc']+"&x_off="+x_off+"&vlm="+vlm+"&flv_loc="+vsp_flv+"&w=" +
sm_GLOBAL_WIDTH + "&h=" + sm_GLOBAL_HEIGHT + "&shrink_on_start=" + shrink_on_start +
"&shrink_on_stop=" + shrink_on_stop + "&close_on_stop=" + close_on_stop + "&shrink_on_end=" +
shrink_on_end + "&close_on_end=" + close_on_end + "&show_loading=" + show_loading +
"&awidth='" + GLOBAL_WIDTH + "&aheight='" + GLOBAL_HEIGHT + "' loop='false' width='" +
GLOBAL_WIDTH + "' height='" + GLOBAL_HEIGHT + "' name='obj" + lf_ID + "' align='middle'
type='application/x-shockwave-flash'
pluginspage='/web/20131220214027/https://www.macromedia.com/go/getflashplayer' />";
    lfString += "</object>";
}


function yh_hide() {
        ScrollHnd();
        if (document.getElementById) { // DOM3 = IE5, NS6
                document.getElementById(divID).style.display = 'none';
        }
        else {
                if (document.layers) { // Netscape 4
                        document.divID.display = 'none';
                }
                else { // IE 4
                        document.all.divID.style.display = 'none';
                }
        }
        ScrollHnd();
}


function yh_grow() {
        ScrollHnd();
        viewState = 1;
        if (document.getElementById) { // DOM3 = IE5, NS6
                document.getElementById(divID).style.width = GLOBAL_WIDTH + 'px';
                document.getElementById(divID).style.height = GLOBAL_HEIGHT + 'px';
        }
        else {
                if (document.layers) { // Netscape 4
                        document.divID.width = GLOBAL_WIDTH + 'px';
                        document.divID.height = GLOBAL_HEIGHT + 'px';
                }
                else { // IE 4
                        document.all.divID.style.width = GLOBAL_WIDTH + 'px';
                        document.all.divID.style.height = GLOBAL_HEIGHT + 'px';
                }
        }
        ScrollHnd();
}


function yh_shrink() {
        ScrollHnd();
        viewState = 2;
        if (document.getElementById) { // DOM3 = IE5, NS6
                document.getElementById(divID).style.width = sm_GLOBAL_WIDTH + 'px';
                document.getElementById(divID).style.height = sm_GLOBAL_HEIGHT + 'px';
                //document.getElementById(divID).style.overflow = 'hidden';
        }
        else {
```

Case 1:15-cv-03537-JES-AMD Document 1 Filed 05/26/15 Page 57 of 57 PageID: 57

```
                        if (document.layers) { // Netscape 4
                                document.divID.width = sm_GLOBAL_WIDTH + 'px';
                                document.divID.height = sm_GLOBAL_HEIGHT + 'px';
                        }
                        else { // IE 4
                                document.all.divID.style.width = sm_GLOBAL_WIDTH + 'px';
                                document.all.divID.style.height = sm_GLOBAL_HEIGHT + 'px';
                        }
                }
                ScrollHnd();
        }



function moveVid() {
        document.getElementById(divID).offsetLeft = lf_OffSet_Left_Position - GLOBAL_WIDTH;
        document.getElementById(divID).offsetTop = lf_OffSet_Top_Position - GLOBAL_HEIGHT;
        }

        }
        }
```